734

to the Circuit Court of Appeals for the First Circuit denied. *Mr. Israel Caigan* for petitioners. *Mr. John M. Raymond* for respondent.

No. 763. CAIGAN ET AL. *v.* PLIBRICO JOINTLESS FIRE-BRICK Co. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Israel Caigan* for petitioners. *Mr. John M. Raymond* for respondent.

No. 769. FENSKE BROS., INC. ET AL. *v.* UPHOLSTERERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL No. 18. April 8, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. David Silbert* and *Lewis F. Jacobson* for petitioners. No appearance for respondent.

No. 779. OHIO CASUALTY INSURANCE Co. *v.* WELFARE FINANCE Co. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James R. Claiborne* for petitioner. *Messrs. Jacob Chasnoff, George C. Willson,* and *Hugo Monnig* for respondent.

No. 840. WASHINGTON TIMES Co. *v.* MEYER. April 8, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Wilton J. Lambert, R. H. Yeatman, Elisha Hanson,* and *Eliot C. Lovett* for petitioner. No appearance

for respondent.

No. 839. GRANT ET UX. *v.* UNITED STATES. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Ben H. Powell* for petitioners. No appearance for the United States.

No. 849. SAXON, ANCILLARY ADMINISTRATOR, *v.* ATCHISON, TOPEKA & SANTA FE RY. Co. April 15, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Winbourn Pearce* for petitioner. No appearance for respondent.

No. 722. SIMPSON ET AL. *v.* FAUQUIER NATIONAL BANK ET AL. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Fauquier County, Virginia, denied. *Messrs. E. E. Johnson* and *Burnett Miller* for petitioners. *Messrs. Walter B. Guy, Frederic B. Warder,* and *Louis H. Mann,* and *Mrs. Burnita Shelton Matthews,* for respondents.

No. 756. ACKERMANN, RECEIVER, *v.* GARY STATE BANK. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George P. Barse, George B. Springston, F. G. Awalt,* and *J. F. Anderson* for petitioner. *Mr. Kemper K. Knapp* for respondent.